UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80108-CIV-HURLEY
MAGISTRATE JUDGE P. A. WHITE

STUART DUANE AURICH,          :

    Plaintiff,            :

v.                            :    ORDER

PALM BEACH COUNTY DEPUTY      :
SHERIFF HARRY THOMAS, et al.,

    Defendants.           :
_____

    For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, it is thereupon

    ORDERED AND ADJUDGED as follows:

    1.  This case shall proceed against Palm Beach County Deputy Sheriff Thomas in his individual capacity.

    2.  The defendant Palm Beach County Sheriff's Office is dismissed as a party to this action pursuant to 28 U.S.C. §1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted.

    DONE AND ORDERED at West Palm Beach, Florida, this 18th day of March, 2008.

                                                  UNITED STATES DISTRICT JUDGE

cc:  Stuart Duane Aurich, Pro Se