```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 08-80108-CIV-HURLEY
                                    MAGISTRATE JUDGE P. A. WHITE
STUART DUANE AURICH,            :

     Plaintiff,                 :

v.                              :        ORDER

PALM BEACH COUNTY DEPUTY        :
SHERIFF HARRY THOMAS, et al.,
                                :
     Defendants.
```

For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, it is thereupon

ORDERED AND ADJUDGED as follows:

1. The plaintiff Aurich's motion for summary judgment (DE#46) is DENIED as to all claims.

2. The case remains pending against the defendant Palm Beach County Deputy Sheriff Harry Thomas, on the claims of use of excessive force on arrest, and denial of medical care or access thereto.

DONE AND ORDERED at West Palm Beach, Florida, this 17th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

cc: Stuart Duane Aurich, Pro Se

    Counsel of Record